## *Law Office of Henry M. Stanziale*

Henry M. Stanziale, Esq.
Thomas J. Stanziale, Esq.

**FILED**
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ FEB 27 2012 ★

**BROOKLYN OFFICE**

72 Jericho Turnpike, Suite 1
Mineola, New York 11501
Telephone (516) 746-6054
Fax        (516) 746-6321*
*SERVICE VIA FACSIMILE PROHIBITED WITHOUT PRIOR PERMISS

February 24, 2012

U.S. District Court
Eastern District of New York
Attn: Douglas Palmer
        Clerk of the Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Frank Vassallo
        Docket No.:   08CROO076
        Date of Birth: 5/31/1969

Dear Mr. Palmer:

Please be advised that I represent Christina Vassallo, the ex-wife of the above-named defendant, Frank Vassallo and I also represent Mr. Vassallo's two daughters.

I greatly appreciate as to the next scheduled Court appearance of Frank Vassallo so that both Christina Vassallo and his two daughters plan to attend.

Thank you for your courtesies.

Very truly yours,

HENRY STANZIALE

HS:jp
cc: Christina Vassallo

Law Offices of Henry Stanziale
72 Jericho Turnpike
Mineola, New York 11501

MID-ISLAND NY 117

24 FEB 2012 PM 6 L

USPS

U.S. District Court
Eastern District of New York
Attn:  Douglas Palmer
        Clerk of the Court
225 Cadman Plaza East
Brooklyn, New York 11201